LOUIS A. LEONE, ESQ. (SBN: 099874)
JENNIFER N. LOGUE, ESQ. (SBN: 241910)
**STUBBS & LEONE**
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601

Attorneys for Defendants
CITY OF PLEASANTON (erroneously sued
as Pleasant Police Department); OFFICER
JERRY NICELY; OFFICER MARDENE LASHLEY;
and OFFICER MARTENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE E. FORTE; EILEEN FORTE; GABRIELLE FORTE; JORDAN FORTE; NOEL FORTE; JUSTON FORTE,<br><br>Plaintiff,<br><br>vs.<br><br>HYATT SUMMERFIELD SUITES PLEASANTON; ANA AVILLA, individually and as employee of HYATT SUMMERFIELD SUITES PLEASANTON; PLEASANTON POLICE DEPARTMENT; OFFICER JERRY NICELY, individually and in his official capacity; OFFICER MARDENE LASHLEY, individually and in her official capacity; OFFICER MARTENS, individually and in his official capacity; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: C11- 02568 CW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SEPTEMBER 6, 2011 INITIAL CASE MANAGEMENT CONFERENCE** |

WHEREAS the above-captioned matter was removed from the Superior Court of the State of California, County of Alameda to the United States District Court for the Northern District of California, Oakland Division on May 26, 2011;

---

STIPULATION AND [PROPOSED] ORDER CONTINUING SEPTEMBER 6, 2011 INITIAL CASE MANAGEMENT CONFERENCE

1

1  WHEREAS the initial case management conference is currently set for September 6, 2011 at 2:00 p.m.;

WHEREAS William A. Lapcevic, Esq. has filed a motion to withdraw as counsel of record for plaintiffs based in part on a conflict of interest;

WHEREAS recent communications from plaintiffs to Mr. Lapcevic has further strained the relationship between Mr. Lapcevic and plaintiffs such that Mr. Lapcevic is uncomfortable making any representations in joint case management statement or otherwise on behalf of plaintiffs until his motion to withdraw is decided by the court;

WHEREAS the hearing on Mr. Lapcevic's motion to withdraw is currently set for September 22, 2011 at 2:00 p.m.;

IT IS STIPULATED and respectfully requested by all parties to this action that the initial case management conference currently scheduled for September 6, 2011 at 2:00 p.m. be continued to October 11, 2011 at 2:00 p.m., or as soon as possible thereafter, and that the deadline for completing initial disclosures and for filing a joint case management conference statement be continued accordingly in order to permit the court to rule on Mr. Lapcevic's motion to withdraw a counsel of record for plaintiffs before the parties are required to file a joint case management conference statement, make initial disclosures and attend the initial case management conference.

Dated: August 15, 2011

ARATA, SWINGLE, SODHI & VAN EGMOND

WILLIAM A. LAPCEVIC, ESQ
Attorneys for Plaintiffs
EUGENE E. FORTE; EILEEN FORTE;
GABRIELLE FORTE; JORDAN FORTE; NOEL FORTE; JUSTON FORTE,

| | | |
|---|---|---|
| 1 | Dated: August 15, 2011 | STUBBS & LEONE |
| 2 | | |
| 3 | | |
| 4 | | LOUIS A. LEONE, ESQ. |
| 5 | | JENNIFER N. LOGUE, ESQ.<br>Attorneys for Defendants |
| 6 | | CITY OF PLEASANTON (erroneously sued as Pleasant Police Department); OFFICER JERRY NICELY; OFFICER MARDENE LASHLEY; and OFFICER MARTENS |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | Dated: August 15, 2011 | DE LA PEÑA & HOLIDAY, LLP |
| 11 | | |
| 12 | | |
| 13 | | GREGORY R. DE LA PEÑA<br>STEVEN L. ROYCRAFT |
| 14 | | Attorneys for Defendant<br>VERONICA VILLA |

**IT IS ORDERED THAT:**

1. The Initial Case Management Conference is continued to **October 11**, 2011 at 2:00 p.m.; and

2. The deadlines for completing initial disclosures and for filing a joint case management conference statement are continued accordingly.

Dated: 8/16/2011

District Judge Claudia Wilken

STIPULATION AND [PROPOSED] ORDER CONTINUING SEPTEMBER 6, 2011 INITIAL CASE MANAGEMENT CONFERENCE

3