IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUGENE F. FORTE; EILEEN FORTE; GABRIELLE FORTE; JORDAN FORTE; NOEL FORTE and JUSTON FORTE,

    Plaintiffs,

    v.

HYATT SUMMERFIELD SUITES PLEASANTON; ANA VILLA, individually and as an employee of HYATT SUMMERFIELD SUITES PLEASANTON; PLEASANTON POLICE DEPARTMENT; OFFICER JERRY NICELEY, individually and in his official capacity; OFFICER MARDENE LASHLEY, individually and in her official capacity; OFFICER MARTENS, individually and in his official capacity; and DOES 1 through 25, inclusive,

    Defendants.
_____/

No. C 11-02568 CW

ORDER DISMISSING WITHOUT PREJUDICE MINOR PLAINTIFFS' CLAIMS

    On September 20, 2011, this Court granted Plaintiffs' counsel's motion to withdraw. In doing so, the Court informed Plaintiffs that if they wished to pursue this litigation, they would have to retain new counsel or represent themselves in propria persona. The Court also noted that Plaintiffs who are minor children cannot represent themselves or appear without guardian ad litem.[1] The Court granted sixty days for minor Plaintiffs to find new counsel and seek appointment of a guardian

---

[1] Eugene Forte's July 11, 2011 opposition brief indicates that Noel Forte and Juston Forte are his minor children, but does not disclose their birthdates.

ad litem for the purpose of pursuing this action, or face dismissal of their claims.

The sixty day deadline has expired and there is no indication that minor Plaintiffs have complied with the Court's order. Therefore, minor Plaintiffs' claims are dismissed without prejudice. The remaining parties shall appear for a case management conference on December 13, 2011 at 2 pm.

IT IS SO ORDERED.

Dated: 11/22/2011

CLAUDIA WILKEN
United States District Judge

2