Gene Forte
1312 Sierra Creek Ct
Patterson, California, 95363
Telephone: (209) 894-5040
Email: geneforte@badgerflats.com

In propria persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EUGENE E. FORTE,<br><br>Plaintiff,<br><br>vs.<br><br>HYATT SUMMERFIELD SUITES, PLEASANTON; ANA VILLA, individually and as employee of HYATT SUMMERFIELD SUITES PLEASANTON; PLEASANTON POLICE DEPARTMENT; OFFICER JERRY NICELEY, individually and in his official capacity; OFFICER MARDENE LASHLEY, individually and in her official capacity; OFFICER MARTENS, individually and in his official capacity; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO: C11-02568 CW<br><br>[PROPOSED] ORDER GRANTING REQUEST OF PRO SE LITIGANT TO E-FILE |

Plaintiff Eugene Forte has requested leave to be permitted to e-file documents in this Court's CM/ECF case management system.

Due to the previous order of Judge Oliver Wanger in the Eastern District Case, *Forte v. Jones*, 1:11-cv-00718 granting Plaintiff Forte permission to efile, and the "Petition by Pro Se

Forte v. Hyatt, C11-02568                            1                            [Proposed] Order

Litigant" signed, filed, and serviced in the Northern District, Oakland Division, in this subject case, Plaintiff's Request For Leave to E-file is GRANTED.

IT IS SO ORDERED.

Dated:  1/10/2011

Judge Claudia Wilken