Gene Forte
1312 Sierra Creek Ct
Patterson, California, 95363
Telephone: (209) 894-5040
Email: geneforte@badgerflats.com

In propria persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

EUGENE E. FORTE,

                Plaintiff,

vs.

HYATT SUMMERFIELD SUITES, PLEASANTON; ANA VILLA, individually and as employee of HYATT SUMMERFIELD SUITES PLEASANTON; PLEASANTON POLICE DEPARTMENT; OFFICER JERRY NICELEY, individually and in his official capacity; OFFICER MARDENE LASHLEY, individually and in her official capacity; OFFICER MARTENS, individually and in his official capacity; and DOES 1 through 25, inclusive,

                Defendants.

CASE NO: C11-02568 CW

[PROPOSED] ORDER GRANTING REQUEST OF PRO SE LITIGANT TO E-FILE

    Plaintiff Eugene Forte has requested leave to be permitted to e-file documents in this Court's CM/ECF case management system.

    Due to the previous order of Judge Oliver Wanger in the Eastern District Case, *Forte v. Jones*, 1:11-cv-00718 granting Plaintiff Forte permission to efile, and the "Petition by Pro Se

Forte v. Hyatt, C11-02568                1                [Proposed] Order

Litigant" signed, filed, and serviced in the Northern District, Oakland Division, in this subject case, Plaintiff's Request For Leave to E-file is GRANTED.

IT IS SO ORDERED.

Dated:   1/10/2011

_____
Judge Claudia Wilken