**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUGENE E.FORTE, et al.,

      Plaintiffs,

  v.

HYATT SUMMERFIELD SUITES, et al.,

      Defendants.

_____/

No. C 11-02568 CW

ORDER OF REFERRAL
TO MAGISTRATE
JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion to compel via letter brief and **all discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 10/10/2012

CLAUDIA WILKEN
United States District Judge

cc: MagRef