IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE E. FORTE, et al., | No. C 11-02568 CW |
|     Plaintiffs, | ORDER OF REFERRAL TO MAGISTRATE JUDGE |
|   v. | |
| HYATT SUMMERFIELD SUITES, et al., | |
|     Defendants. | |

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion to compel via letter brief and **all discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 10/10/2012

CLAUDIA WILKEN
United States District Judge

cc: MagRef