IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
EUGENE FORTE, et al.,                      No. C 11-02568 CW

          Plaintiffs,                      ORDER STRIKING
                                           DEFENDANTS'
     v.                                    FILINGS (DOCKET
                                           NOS. 70-71, 80-81)
HYATT SUMMERFIELD SUITES                   AND DIRECTING
PLEASANTON; ANA VILLA; PLEASANTON          PLAINTIFF TO FILE
POLICE DEPARTMENT; OFFICER JERRY           A SINGLE
NICELEY; OFFICER MARDENE LASHLEY;          OPPOSITION BRIEF
OFFICER MARTENS; and DOES 1
through 25, inclusive,

          Defendants.
_____/
```

On October 9, 2012, Defendants Veronica Villa and Hyatt Summerfield Suites, Pleasanton,[1] filed two motions -- one for summary judgment and one for judgment on the pleadings -- totaling over 40 pages in length. Docket Nos. 70-71, 80-81. Because their motion for judgment on the pleadings is largely duplicative of their summary judgment motion, the Court orders Defendants Villa and Hyatt to re-file these briefs as a single motion by October 17, 2012, adhering to the 25-page limit set forth in Civil Local Rule 7-5.

---

[1] Defendants refer to these parties as "Ana Villa" and "Lodgeworks, LP." For the sake of both brevity and consistency, this order will simply refer to these parties as "Villa" and "Hyatt."

Furthermore, the Court orders Plaintiff to file a single opposition brief in this matter. Although Defendant Pleasanton Police Department and Defendants Villa and Hyatt have filed separate motions for summary judgment, Plaintiff should respond to both motions in a single brief of no more than 50 pages. Plaintiff's opposition brief must be submitted by October 25, 2012.

IT IS SO ORDERED.

Dated: 10/16/2012

CLAUDIA WILKEN
United States District Judge