UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| EUGENE E. FORTE, | No. C 11-02568 CW (LB) |
| Plaintiffs, | |
| v. | **NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |
| HYATT SUMMERFIELD SUITES, | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery motions filed in this matter to United States Magistrate Judge Laurel Beeler. The parties shall comply with all applicable requirements in Judge Beeler's standing order (attached), including all procedures regarding resolution of discovery disputes.

On October 9, 2012, Defendant Veronica Villa filed a motion to compel Plaintiff Eugene Forte to comply with Villa's discovery requests. See ECF No. 69. Villa's motion, which was filed in the form of a letter brief does not comply with the court's standing order in that it was not drafted jointly with the opposing party. *Id.* Villa's motion explained, however, that she believed it was not possible to file a joint letter brief because Plaintiff would not cooperate. *Id.* Plaintiff Eugene E. Forte has not yet responded to Villa's motion.

Under the circumstances, the court excuses Villa's failure to comply with the court's standing order and takes the matter under advisement. Forte may file a letter brief that is no longer than four

C 11-02568 CW (LB)
NOTICE OF REFERRAL AND ORDER

pages long by October 23, 2012, which is the already-existing two week deadline to respond to the letter brief. The court will take the matter under advisement and inform the parties of its proposed hearing date and time.

**IT IS SO ORDERED.**

Dated: October 17, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-02568 CW (LB)
NOTICE OF REFERRAL AND ORDER

2