IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE E.FORTE, et al., | No. C 11-02568 CW |
| Plaintiffs, | ORDER GRANTING IN PART PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY |
| v. | (Docket No. 115) |
| HYATT SUMMERFIELD SUITES, et al., | |
| Defendants. | |

_____/

On November 13, 2012, Plaintiff Eugene E. Forte filed a motion to appear by telephone for any case management conference or motion hearing.  The motion is GRANTED IN PART.  Plaintiff Eugene E. Forte may appear by telephone at the November 15, 2012, case management conference and motion hearing.  Plaintiff shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: 11/14/2012

CLAUDIA WILKEN
United States District Judge