IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUGENE E. FORTE,

    Plaintiff,

  v.

HYATT SUMMERFIELD SUITES, PLEASANTON, et al.,

    Defendants.

                                              /

No. C 11-2568 CW

JUDGMENT

For the reasons set forth in this Court's Order Granting Defendants' Motions for Summary Judgment,

IT IS ORDERED AND ADJUDGED

That Plaintiff Eugene E. Forte take nothing, and that Defendants Hyatt Summerfield Suites Pleasanton, Anna Avilla, Pleasanton Police Department, Officer Jerry Nicely, Officer Mardene Lashley, Officer Martens, and Veronica Villa shall recover from Plaintiff Eugene E. Forte their costs of action.

Dated at Oakland, California, this 18th day of December, 2012.

RICHARD W. WIEKING
Clerk of Court

By: _____
Deputy Clerk

**United States District Court**
**For the Northern District of California**